No. 82–6822.   V. J. S. *v.* ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 82–6824.   AILLON *v.* CONNECTICUT.   Sup. Ct. Conn. Certiorari denied.

No. 82–6826.   FORBES *v.* WADDINGTON ET AL.   Sup. Ct. Cal. Certiorari denied.

No. 82–6828.   MCCARTHY *v.* MCCARTHY, SUPERINTENDENT, CALIFORNIA MEN'S COLONY.   Sup. Ct. Cal.   Certiorari denied.

No. 82–6829.   WILLIAMS *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 82–6831.   MARTINEZ *v.* WINANS, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 82–6833.   LITTLETON *v.* WOLFF, WARDEN, NEVADA STATE PRISON, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 82–6835.   LETENDRE *v.* FUGATE, JUDGE, LEE COUNTY GENERAL DISTRICT COURT, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 82–6836.   BICE-BEY *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 82–6837.   LACOUR ET AL. *v.* WEST ET AL.   Ct. App. La., 3d Cir.   Certiorari denied.

No. 82–6838.   HALE *v.* OHIO.   Ct. App. Ohio, Hamilton County.   Certiorari denied.

No. 82–6841.   HARGER *v.* OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.

No. 82–6842.   HUANG *v.* BERNSTEIN ET AL.   Ct. App. D. C. Certiorari denied.

No. 82–6843.   KING *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 82–6844.   MARATTY *v.* SOWDERS, WARDEN.   C. A. 6th Cir.   Certiorari denied.